UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2007 DEC 20 AM 10: 58

Jonathan Lee Riches©,
Plaintiff

CIVIL NO:

V.

Somali Pirates d/b/a Termini Bros Bakery,
Defendants

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, under 42 USC 1983. Plaintiff seeks $10 million. My civil and constitutional rights are being violated. Termini Bros Bakery sends cream cakes and pudding pies loaded with sugar and transfat to the coastline of Somalia for the Pirates. They then use international water to hijack ships. I'm not being fed, Termini Bros Bakery is bias against me because I'm friends with Joseph TRAVIA. TRAVIA can see how skinny I got, and he has god in him, and gives me any left over crumbs or sugar he has, this is because noone is feeding me. My stomach is growling as I write this lawsuit. They have to feed the children. I still have the shredded wheat in me. Last time I ate a hot meal was 3 years ago. I'm in solitary confinement. I get served Expired ensure. Termini is a United States company doing business with pirates. I'm not being fed, this is civil rights violation. You can see my ribs. Defendants took my pictures, but I submit as evidence my pictures at myspace/therealJonathanLeeRiches.com. I seek relief.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©